UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Gordon Miles, | File No. 24-cv-1012 (ECT/ECW) |
| Plaintiff, | |
| v. | **ORDER** |
| Nancy Johnston, Nancy Stacken, Courtney Menton, David Miles, Kristen Sherlock, Sarah McDowell, Mike Messenger, Timothy Petersen, Justin Tuchek, Jacob Davis, Kevin Schleret, Christopher Vanderpool, Katy Porter, John Does, and Jane Does, *each in their official and individual capacities*, | |
| Defendants. | |

Magistrate Judge Elizabeth Cowan Wright issued a Report and Recommendation ("R&R") dated July 10, 2025. ECF No. 64. Judge Cowan Wright recommends Defendants' Motion to Dismiss [ECF No. 53] be granted except for Claim II, and "only insofar as Claim II is based on attempts to place Plaintiff in a double room (or lock him in a room with another person) and in Unit 1-E." ECF No. 64 at 36. Defendants object to the R&R. ECF No. 66. The thrust of their argument is that Judge Cowan Wright incorrectly construed Claim II. *See id.* Because Defendants have objected, the R&R is subject to *de novo* review pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b)(3). On that review, I conclude Judge Cowan Wright's analysis and conclusions are correct. Therefore, based on the foregoing and on all the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. The Report and Recommendation [ECF No. 64] is **ACCEPTED** in full.

2. Defendants' Objections to the Report and Recommendation [ECF No. 66] are **OVERRULED**.

3. Defendants' Motion to Dismiss [ECF No. 53] is **GRANTED IN PART** and **DENIED IN PART** as follows:

   a. The Motion to Dismiss is **DENIED** as to Claim II against Defendants Nancy Stacken, Courtney Menton, David Miles, and Kristen Sherlock insofar as it seeks injunctive relief, as well as monetary damages in their individual capacities, only insofar as Claim II is based on attempts to place Plaintiff in a double room (or lock him in a room with another person) and in Unit 1-E.

   b. The Motion to Dismiss is **GRANTED** as to the remainder of the Amended Complaint and the claims are dismissed **WITHOUT PREJUDICE**.

Dated: August 18, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court